**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TREVON STANBERRY** | **CIVIL ACTION NO. 2:24-cv-02845** |
| **VERSUS** | **DISTRICT JUDGE: BRANDON S. LONG** |
| **ALLIANCE OFFSHORE, LLC, ET AL.** | **MAGISTRATE JUDGE: EVA J. DOSSIER** |

**MOTION TO COMPEL MEDICAL EXAMINATION AND**
**<u>FOR HEARING OR STATUS CONFERENCE</u>**

NOW INTO COURT, through undersigned counsel, comes ALLIANCE OFFSHORE, LLC, ALLIANCE ENERGY SERVICES, LLC a/k/a HELIX ALLIANCE, OFFSHORE SERVICE VESSELS, L.L.C. and FAST BOATS, LLC (hereinafter "Defendants"), who respectfully move this Honorable Court for an order compelling Plaintiff Trevon Stanberry to submit to a medical examination by Defendants' choice of physician within a delay imposed by the Court and for a hearing or status conference on the Motion. As will be shown below, Defendants arranged for an independent medical examination of Trevon Stanberry on a date, time and location chosen by agreement of the parties. The examination was scheduled to take place on March 19, 2026. Defendants were notified that plaintiff did not attend the examination and as a result, plaintiff has made it impossible for Defendants to obtain and timely produce an expert report from Defendants' retained expert, Dr. Najeeb Thomas. Furthermore, because there was no notice by plaintiff to Dr. Thomas of a cancellation, Defendants request that the Court order the plaintiff to pay the rescheduling fee.

WHEREFORE PREMISES CONSIDERED, Defendants respectfully urge the Court to grant this Motion to Compel a Medical Examination and hold a telephone conference to establish

necessary delays for the completion of the medical examination and production of Defendants'

expert report of Dr. Najeeb Thomas.

Respectfully submitted:


ALLEN & GOOCH,
A Law Corporation

*/s/ Alan J. Meche*
ALAN J. MECHE #30631
RANDALL K. THEUNISSEN #12727
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA  70598
Phone: (337) 291.1240
Fax:    (337) 291.1245
Email:  Alan Meche@AllenGooch.com
Email:  RandyTheunissen@AllenGooch.com
*Attorneys for Alliance Offshore, LLC, Alliance*
*Energy Services, LLC a/k/a Helix Alliance,*
*Offshore Service Vessels, L.L.C. and*
*Fast Boats, LLC*